**COM.**

v.

**HALL, R.**

2705 EDA 2015

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0004945–2014
(Philadelphia)

Affirmed

**BLACK, J.**

v.

**RONNERMANN, D.**

3006 EDA 2015

Superior Court of Pennsylvania.

06/30/2017

No. 09–30454
(Montgomery)

Affirmed

**COM.**

v.

**BEAVOGUI, P.**

414 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0006727–2013
(Philadelphia)

Affirmed

**JP MORGAN CHASE BANK**

v.

**HAGEMAN, W.**

999 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

No. 102–CIVIL–2014
(Wayne)

Affirmed